**GARCIA HERNÁNDEZ SAWHNEY, LLP**
Geoffrey T. Tong (SBN 140312)
  gtong@ghslaw.com
Erica S. Kim (SBN 313261)
  ekim@ghslaw.com
330 N. Brand Blvd., Suite 680
Glendale, California 91203
Tel: (213) 347-0210
Fax: (213) 347-0216

*Attorneys for Plaintiff-in-Interpleader*
State Farm Life Insurance Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM LIFE INSURANCE COMPANY, an Illinois corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>ELAINE THERESE NOVAK, an individual in her capacity as TRUSTEE OF THE PRAMILA P. BAADKAR REVOCABLE TRUST DATED NOVEMBER 6, 1997; SUBODH P. BAADKAR, an individual,<br><br>    Defendants. | Case No. 2:20-CV-01465-MCE-KJN<br><br>**ORDER RE:**<br>**_EX PARTE_ APPLICATION FOR AN ORDER EXTENDING PLAINTIFF-IN-INTERPLEADER STATE FARM LIFE INSURANCE COMPANY'S DEADLINE TO COMPLETE SERVICE OF PROCESS BY 45-DAYS**<br><br>[*Filed concurrently with Declaration of Erica S. Kim, Ex Parte Application*] |

ORDER

## ORDER

**IT IS HEREBY ORDERED:**

Plaintiff-in-Interpleader State Farm Life Insurance Company's ("State Farm") *Ex Parte* Application is hereby GRANTED, and State Farm's deadline to complete service of process shall be extended by forty-five days to December 3, 2020.

IT IS SO ORDERED.

Dated: October 16, 2020

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PROOF OF SERVICE